# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

ANTHONY EDWARDS

CRIMINAL ACTION
NO. 19-250

## ORDER

AND NOW, this 6th day of April 2022, upon consideration of Defendant Anthony Edwards's Motion for Early Termination of Probation (ECF 7), the Government's response (ECF 10), and the factors identified in 18 U.S.C. § 3553(a), it is **ORDERED** that the motion is **DENIED** consistent with the accompanying memorandum of law.

BY THE COURT:


***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.